IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:19-CV-30-BO

FILED
MAR 27 2020
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

STAN C. STANLEY, )
)
Plaintiff, )
)
v. ) **ORDER**
)
UNIVERSAL CABLE HOLDINGS, INC., )
d/b/a/ SUDDENLINK )
COMMUNICATIONS, )
)
Defendant. )

This case comes before the court on the parties' joint motion (D.E. 28) for extension of deadlines in the Scheduling Order (D.E. 22). For good cause shown, the motion is ALLOWED and the Scheduling Order is modified as follows:

1. All discovery shall be commenced in time to be completed by 28 August 2020.

2. Mediation shall be conducted by 28 August 2020.

3. Any potentially dispositive motions shall be filed by 28 September 2020.

4. All other deadlines in the existing Scheduling Order remain in effect.

SO ORDERED, this 27 day of March 2020.

James E. Gates
United States Magistrate Judge