THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:19-CV-30-BO

| | |
|---|---|
| STAN C. STANLEY, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>UNIVERSAL CABLE HOLDINGS, INC., )<br>d/b/a SUDDENLINK COMMUNICATIONS, )<br>)<br>   Defendant. ) | **ORDER** |

The court hereby schedules this matter for a final pretrial conference before the undersigned on **July 22, 2021, at 11:00 a.m.** at the United States Courthouse Annex in Greenville. Counsel shall familiarize themselves with and comply with all requirements of this court's Local Civil Rule 16.1. On or before **July 15, 2021**, the parties shall confer and submit to the court a joint proposed pretrial order in the form approved by this court. *See* Local Civil Rule 16.1(c), (e), EDNC.

This 19th day of May 2021.

KIMBERLY A. SWANK
United States Magistrate Judge