IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CIVIL ACTION NO.: 4:19-cv-00030-BO

| STAN C. STANLEY, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) **DEFENDANT'S PRETRIAL** |
| | ) **DISCLOSURES** |
| UNIVERSAL CABLE HOLDINGS, INC. | ) |
| d/b/a SUDDENLINK COMMUNICATIONS, | ) |
| Defendant. | ) |

## INTRODUCTION

Defendant Universal Cable Holdings, Inc. d/b/a Suddenlink Communications (hereinafter "Defendant" or "Suddenlink") through its undersigned counsel, submit these pretrial disclosures to Plaintiff as required by Rule 26(a)(3) of the Federal Rules of Civil Procedure:

I.  **WITNESSES TO BE CALLED (Rule 26(a)(3)(A)(i))**

| | **Name** | **Address** | **Telephone** |
|---|---|---|---|
| 1. | Arbaugh, Duska | c/o Ann H. Smith<br>Jackson Lewis P.C.<br>3737 Glenwood Avenue Suite 450<br>Raleigh, NC 27612 | (919) 760-6460 |
| 2. | Autry, John | c/o Ann H. Smith<br>Jackson Lewis P.C.<br>3737 Glenwood Avenue Suite 450<br>Raleigh, NC 27612 | (919) 760-6460 |
| 3. | Lugo, Jose | c/o Ann H. Smith<br>Jackson Lewis P.C.<br>3737 Glenwood Avenue Suite 450 | (919) 760-6460 |

| | | Raleigh, NC 27612 | |
|---|---|---|---|
| 4. | Stanley, Stan | c/o Ciara L. Rogers<br>The Law Offices of Oliver & Cheek, PLLC, Post Office Box 1548, New Bern, NC 28563 | (919) 987-2024 |

Defendant further state that, as of this filing, they may call the following witnesses if the need arises:

| | **Name** | **Address** | **Telephone** |
|---|---|---|---|
| 1. | Fryer-Williams, Tracy | 2520 Portertown Road<br>Greenville, NC 27834 | (252) 347-6547 |
| 2. | McKittrick, Scott | c/o Ann H. Smith<br>Jackson Lewis P.C.<br>3737 Glenwood Avenue Suite 450<br>Raleigh, NC 27612 | (919) 760-6460 |
| 3. | Penny, Aaron | c/o Ann H. Smith<br>Sidney O. Minter<br>Jackson Lewis P.C.<br>3737 Glenwood Avenue Suite 450<br>Raleigh, NC 27612 | (919) 760-6460 |

In addition to the specifically identified witnesses above, Defendant also reserves the right to call any and all witnesses listed by Plaintiff, witnessed listed or identified in discovery responses, and any witnesses necessary for the purposes of impeachment or rebuttal. Further, Defendant may also call any witnesses and record custodians necessary to authenticate any documents noted herein.

## II. DEPOSITION TESTIMONY (Rule 26(a)(3)(A)(ii))

In accordance with Rule 26(a)(3)(A)(ii), Defendant make the required designation of those witnesses whose testimony is expected to be presented by means of a deposition:

|   | **Name** | **Address** | **Telephone** |
|---|---|---|---|
| 1. | Smith, Sam | c/o Ann H. Smith<br>Jackson Lewis P.C.<br>3737 Glenwood Avenue Suite 450<br>Raleigh, NC 27612<br>(919) 760-6460 | (919) 760-6460 |

This includes a Trial Deposition to be noticed and taken prior to trial. Defendant reserves the right to use deposition testimony of other witnesses as needed for purposes of impeachment, for purposes such as refreshing collection, or for other appropriate purposes allowed under the Federal Rules of Evidence and to designate portions of such testimony that may become necessary at trial.

## III. EXHIBITS (Rule 26(a)(3)(A)(iii))

In accordance with Rule 26(a)(3)(A)(iii), Defendant state that they expect to offer the following documents as exhibits at trial, provided that all appropriate measures are taken to ensure the confidentiality of any information contained within the exhibits that might be subject to existing protective orders or otherwise be protected from disclosure by statute or other law:

|   | **DE #**<br>**Depo. Ex. #**<br>**Pl. Bates #**<br>**Def. Bates #** | **DOCUMENT** |
|---|---|---|
| 1. | Arbaugh Deposition Exhibit 16<br><br>Suddenlink_000002 | Equal Employment Opportunity Policy |

| | DE # <br> Depo. Ex. # <br> Pl. Bates # <br> Def. Bates # | DOCUMENT |
|---|---|---|
| 2. | Arbaugh Deposition Exhibit 17 <br><br> Stanley Deposition Exhibit 5 <br><br> Suddenlink_000003-05 | Harassment Prevention Policy |
| 3. | Stanley Deposition Exhibit 1 <br><br> DE # 1-1 <br><br> Suddenlink_000011-13 | Plaintiff's EEOC Charge (October 3, 2017) |
| 4. | Stanley Exhibit 19 <br><br> Suddenlink_000088 | EEOC Dismissal and Notice of Rights (December 3, 108) |
| 5. | Stanley Deposition Exhibit 12 <br><br> Suddenlink_000092-94 | EEOC Intake Interview Notes (October 3, 2017) |
| 6. | Suddenlink_000095 | EEOC Charging Party Interview (February 6, 2018) |
| 7. | Stanley Deposition Exhibit 18 <br><br> Suddenlink_000113-16 | EEOC Intake Questionnaire (October 3, 2017) |
| 8. | Suddenlink_000142 | February 7, 2017 email exchange between Plaintiff and Samuel Smith re: Process / Product Updates |
| 9. | Suddenlink_000146-147 | July 5, 2071 Email to Samuel Smith re: Cameron - Accomplishments |
| 10. | Plaintiff 000047 <br><br> Suddenlink_000154 | January 17, 2017 Email exchange between Plaintiff and Samuel Smith re: Hey Dude |
| 11. | | |
| 12. | Suddenlink_000207 | August 29, 2017 Email to Samuel Smith from Cameron Stanley re: Unacceptable Behavior |
| 13. | Autry Deposition Exhibit 2 | Organizational Chart |

| | DE #<br>Depo. Ex. #<br>Pl. Bates #<br>Def. Bates # | DOCUMENT |
|---|---|---|
| | Lugo Deposition Exhibit PM-2<br><br>Suddenlink 000224 | |
| 14. | Stanley Deposition Exhibit 10<br><br>Plaintiff 000057-58<br><br>Suddenlink_000276-278 | August 28, 2017 Email to Cameron Stanley regarding Lunch Conversation with Sam – About Inappropriate video from Aaron |
| 15. | DE # 43-1, Exhibit 3, pp. 5-6<br><br>Suddenlink_000297-298 | EthicsPoint Report #802, July 28, 2016 |
| 16. | Suddenlink_000301-302 | August 2, 2016 Email from Michael Tarrant regarding SBS Office Issues |
| 17. | Suddenlink_000304-305 | November, 2, 2016 Meeting Notes |
| 18. | DE # 43-1 Exhibit 4, pp. 7-10<br><br>Suddenlink_000308-11 | December 22, 2016 Memo from Colleen Dunn re: Conversation with Scott McKitrick |
| 19. | DE # 43-1, Exhibit 5, pp. 11-12<br><br>Suddenlink_000312-313 | January 6, 2017 notes from Colleen Dunn regarding Conversation with: Andrea Nelson |
| 20. | DE # 43-1, Exhibit 10, p. 44-45<br><br>Suddenlink_000322-23 | August 29, 2017 Incident Report |
| 21. | Suddenlink_000324 | September 21, 2017 Email from Aaron Penny |
| 22. | Suddenlink_000325 | September 21, 2017 Email from Cameron Stanley re: Per your Request |
| 23. | DE # 43-1, Exhibit 14, pp. 54-57<br><br>DE # 50, pp. 13-16<br><br>Arbaugh Deposition Exhibit 27 | September 22, 2017 Investigative Report re: 8/25 Conference Call—Subject: Beaufort County Schools, Washington, NC (Refresh) |

| | DE #<br>Depo. Ex. #<br>Pl. Bates #<br>Def. Bates # | DOCUMENT |
|---|---|---|
| | Suddenlink_000326-329 | |
| 24. | DE # 43-1, Exhibit 8, pp. 19-29<br><br>Suddenlink_000379-388 | 2014 Annual Performance Review |
| 25. | DE # 43-1, Exhibit 9, pp. 29-43<br><br>Suddenlink_000389-403 | 2015 Performance Review |
| 26. | DE # 43-1, Exhibit 2, pp. 2-4<br><br>DE # 52, pp. 2-4<br><br>Lugo Deposition Exhibit 15<br><br>Stanley Deposition Exhibit 4<br><br>Suddenlink_000413-15 | Job Description: Sales Engineer |
| 27. | Stanley Deposition Exhibit 9<br><br><br>Suddenlink_000428 | August 29, 2017 Email from Samuel Smith re: unacceptable Behavior |
| 28. | Suddenlink_000435 | August 30, 2017 Notes from Duska Arbaugh re: Meeting with Cameron Stanley |
| 29. | Suddenlink_000442-448 | August 31, 2017 Email from Stephen Tulloh re: Beaufort County Schools – Team Conference Call |
| 30. | Suddenlink_000471-473 | September 19, 2017 Notes from Interview with Cameron Stanley |
| 31. | DE # 50, pp. 3-4<br><br>Arbaugh Deposition Exhibit 24<br><br>Suddenlink 000477-78 | Handwritten notes from interview with Cameron Stanley |

6

| | DE #<br>Depo. Ex. #<br>Pl. Bates #<br>Def. Bates # | DOCUMENT |
|---|---|---|
| | Suddenlink_002941 | |
| 32. | Stanley Deposition Exhibit 13<br><br>Suddenlink_000496-504 | August Call Details for 252-717-6677; Cameron Stanley |
| 33. | Suddenlink_000505-507 | Call Details re: 252-347-6547 |
| 34. | DE # 43-1, Exhibit 6, pp. 13-17<br><br>Suddenlink_000898-902 | January 25, 2017 Investigative Report re: Response to Complaint from Tracy Fryer-Williams #031582 |
| 35. | Suddenlink_001591-592 | September 19, 2017 Email from Cameron Stanley re: Type 2 Call – Aug 23rd – What I know |
| 36. | Suddenlink_001530 | September 19, 2017 Email from Cameron Stanley re: Conversation with Stanley, Cameron |
| 37. | Suddenlink_001771-73 | September 21, 2017 Email from Duska Arbaugh re: Per your request |
| 38. | Stanley Deposition Exhibit 17<br><br>Plaintiff 000049<br><br>Suddenlink_001775 | September 21, 2017 Email from Cameron Stanley re: Per your request |
| 39. | Suddenlink_001818-819 | August 29, 2017 Email from Cameron Stanley re: Ethics Point for Complaints |
| 40. | Suddenlink_001820 | August 29, 2017 Email from Cameron Stanley re: Conversation with Sam – About Nasty video sent to my work phone |
| 41. | DE # 58, p. 2<br><br>Suddenlink_002045 | August 28, 2017 Email from Cameron Stanley re: Conversations with Stanley, Cameron |
| 42. | Suddenlink_002171 | August 28, 2017 Email from John Autry re: Conversation with Stanley, Cameron |

7

| | DE #<br>Depo. Ex. #<br>Pl. Bates #<br>Def. Bates # | DOCUMENT |
|---|---|---|
| 43. | Suddenlink_002434-435 | Notes from John Autry re: Private conversation with Cameron Stanley—September 8, 2017 |
| 44. | Arbaugh Deposition Exhibit 18<br><br>Suddenlink_002580-2620<br><br>Plaintiff 000179-219 | Suddenlink Employee Handbook (Revised 2015)—selected provisions |
| 45. | Suddenlink_0002939-940 | 2019 Telephone Book |
| 46. | Suddenlink_003219 | Learning Report for Plaintiff |
| 47. | Fryer-Williams Deposition Exhibit 5 | Hand Drawn Map |
| 48. | Fryer-Williams Deposition Exhibit 14<br><br>Plaintiff 000020 | May 18, 2016 Email from Tracy Fryer-Williams re: Notes about Cold Call Rocky Mount |
| 49. | Fryer Williams Deposition Exhibit 15<br><br>Plaintiff 000021-37 | Tracy Fryer-Williams documentation of events |
| 50. | Stanley Deposition Exhibit 1<br><br>DE # 1 | Complaint |
| 51. | Stanley Deposition Exhibit 16<br><br>Plaintiff 000048 | September 21, 2017 Email from Cameron Stanley re: Per your request |
| 52. | Plaintiff 000050 | August 26, 2016 email from Cameron Stanley re: Per Your request |
| 53. | Plaintiff 000051-52 | August 4, 2016 email from Cameron Stanley re: Please see below…… |

8

Case 4:19-cv-00030-BO   Document 63   Filed 06/25/21   Page 8 of 12

| | DE #<br>Depo. Ex. #<br>Pl. Bates #<br>Def. Bates # | DOCUMENT |
|---|---|---|
| 54. | DE # 43-1, Exhibit 15, p. 58-59 | August 30, 2017 Email from Cameron Stanley re: Unacceptable Behavior |

In addition to the specifically enumerated exhibits listed above, Defendant state that they may offer the following documents as exhibits at trial if the need arises:

- All documents filed by Plaintiff in support of Plaintiff's Memorandum of Law In Opposition to Motion for Summary Judgment filed by Defendant;

- All exhibits listed by Plaintiff;

- All documents listed in Plaintiff's Pre-Trial Disclosures or used by Plaintiff at trial;

- All pleadings in this action;

- Plaintiff's Initial Discovery Disclosures and any amendments or supplements;

- Defendant's Amended Initial Discovery Disclosures;

- Plaintiff's Discovery Responses, including any amended or supplemental responses to Suddenlink's First Set of Interrogatories and Request for Production of Documents, and all documents provided with all of the foregoing;

- Defendant's Discovery Responses, including Defendant's Responses and Objections to Plaintiff's First Set of Interrogatories and Requests for Production of Documents, Defendant's Responses and Objections to Plaintiff's Second Set of Interrogatories and Requests for Production of documents, and all documents provided with all of the foregoing;

- All deposition transcripts and deposition exhibits, including those of Plaintiff, Duska Arbaugh, John Autry, Jose Lugo, and Tracy Fryer-Williams, as well as Supplemental Information served on November 20, 2020, in connection with the 30(b)(6) Deposition of Defendant; and

- All Sworn Declarations, including those of Plaintiff, Duska Arbaugh, John Autry, Christopher Manning, and Tracy Fryer-Williams.

Defendant will supplement this disclosure prior to trial should the identity of any further witnesses or exhibits that are required to be disclosed pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure become known to Defendant.

Respectfully submitted this the 25th day of June 2021.

                          JACKSON LEWIS P.C.

BY:   */s/ Ann H. Smith*
       ANN H. SMITH
       N.C. State Bar No. 23090
       *Attorneys for Defendant*
       3737 Glenwood Avenue, Suite 450
       Raleigh, NC 27612
       Telephone: (919) 760-6460
       Facsimile: (919) 760-6461
       Email: Ann.Smith@jacksonlewis.com

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CIVIL ACTION NO.: 4:19-cv-00030-BO

| | |
|---|---|
| STAN C. STANLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) **CERTIFICATE OF SERVICE** |
| UNIVERSAL CABLE HOLDINGS, INC. | ) |
| d/b/a SUDDENLINK | ) |
| COMMUNICATIONS, | ) |
| | ) |
| Defendant. | |

The undersigned counsel certifies that on June 25, 2021, the foregoing *Defendant's Pretrial Disclosures* was electronically filed with the Clerk of the Court, using the Court's CM/ECF electronic service system which will send notification of such filings as follows to the below. Additionally, the undersigned counsel certifies that on June 24, 2021 the foregoing *Defendant's Pretrial Disclosures* was served on all parties and their counsel by electronic mail and depositing same in the United States Mail, postage prepaid and addressed as follows:

Ciara L. Rogers
The Law Offices of Oliver & Cheek, PLLC
Post Office Box 1548
New Bern, North Carolina 28563-1548
ciara@olivercheek.com
*Attorney for Plaintiff*

JACKSON LEWIS P.C.

BY: */s/ Ann H. Smith*
ANN H. SMITH
N.C. State Bar No. 23090
*Attorneys for Defendant*
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Telephone: (919) 760-6460
Facsimile: (919) 760-6461
Email: Ann.Smith@jacksonlewis.com

4815-9904-5104, v. 2