THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:19-CV-30-BO

| | |
|---|---|
| STAN C. STANLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNIVERSAL CABLE HOLDINGS, INC., ) | |
| d/b/a SUDDENLINK COMMUNICATIONS, ) | |
| ) | |
| Defendant. ) | |

On July 15, 2021, the parties filed a joint motion to extend the final pretrial conference report deadline and to continue the final pretrial conference currently scheduled for July 22, 2021. The parties report they have agreed in principle to resolve the action and need additional time to memorialize their settlement.

For good cause shown, the parties' joint motion [DE #65] is GRANTED. The final pretrial conference is continued to **August 31, 2021, at 1:00 p.m.** at the United States Courthouse Annex in Greenville. Counsel shall familiarize themselves with and comply with all requirements of this court's Local Civil Rule 16.1. On or before **August 24, 2021**, the parties shall confer and submit to the court a joint proposed pretrial order in the form approved by this court. *See* Local Civil Rule 16.1(c), (e), EDNC.

This 19th day of July 2021.

_____
KIMBERLY A. SWANK
United States Magistrate Judge