THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:19-CV-30-BO

| | | |
|---|---|---|
| STAN C. STANLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNIVERSAL CABLE HOLDINGS, INC., | ) | |
| d/b/a SUDDENLINK COMMUNICATIONS, | ) | |
| | ) | |
| Defendant. | ) | |

In light of the motion to withdraw filed by counsel for Plaintiff [DE #67], the court hereby CONTINUES the final pretrial conference scheduled for August 31, 2021. The final pretrial conference will be reset following the court's disposition of counsel's motion to withdraw.

This 26th day of August 2021.

_____
KIMBERLY A. SWANK
United States Magistrate Judge