IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
FILE NO.: 4:19-cv-00030-BO

| | |
|---|---|
| STAN C. STANLEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNIVERSAL CABLE HOLDINGS, INC. ) <br> d/b/a Suddenlink, ) <br> ) <br> Defendant. ) <br> _____ ) | ORDER ALLOWING <br> MOTION TO WITHDRAW |

Pursuant to Local Civil Rule 5.2, the motion to withdraw is hereby GRANTED and the appearance of Ciara L. Rogers and the Law Offices of Oliver & Cheek, PLLC for Stan C. Stanley ("Client") in this action is terminated. With regard to Client's continued representation, the court ORDERS as follows:

Within 21 days of the filing date of this order, Client must file a notice of self-representation or cause new counsel to file a notice of appearance.

**A party that fails to file a notice of self-representation or cause new counsel to file a notice of appearance may be subject to sanctions, including but not limited to dismissal or default judgment. A self-represented party is responsible for being familiar and complying with all applicable rules and pending deadlines in this action.**

SO ORDERED. This 27 day of August, 2021.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE