IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
File No.: 4:19-cv-00030-BO



| | |
|---|---|
| STAN C. STANLEY | |
| Plaintiffs, | |
| v. | |
| UNIVERSAL CABLE HOLDINGS, INC | |
| d/b/a Suddenlink, | |
| Defendant | |
| MOTION FOR EXTENSION | |
| OF TIME TO SEEK NEW COUNSEL | |
| File No.: 4:19-cv-00030-BO | |
| Filed 09/14/21 | |

Page 1

Plaintiff respectfully requests the Court for an order

extending the time to seek new counsel and to allow them to get up to speed on the case.

This the 14th day of September, 2021

Stan Cameron Stanley

Plaintiff - File No.: 4:19-cv-00030-BO  09/14/21

*Stan Cameron Stanley*

9/14/2021