

**United States District Court**
**Eastern District of North Carolina**
Office of the Clerk
PO Box 25670
Raleigh, North Carolina 27611

Phone (919) 645-1700
Fax (919) 645-1750

Peter A. Moore, Jr.
Clerk of Court

September 17, 2021

**Stan C. Stanley**
3309 Honeysuckle Drive
Winterville, NC 28590

   RE:  Stanley v. Universal Cable Holdings, Inc.
       Civil Case No. 4:19-CV-30-BO

Dear Mr. Stanley:

On September 17, 2021, the court entered an order by text-only docket entry in your case. The order states as follows:

**TEXT ORDER granting 70 Motion for Extension of Time. Plaintiff shall have thirty (30) more days, up to and including October 18, 2021, to obtain new counsel. Entered by District Judge Terrence W. Boyle on 9/17/2021. (Sellers, N.) (Entered: 09/17/2021)**

The court did not write the order on a separate document. This entry *is* the order of the court. As explained in Section M(2) of the Eastern District of North Carolina's Case Management/Electronic Case Filing Policy Manual, the text-only entry is the court's only order on the matter, and a *docket text order is official and binding.*

If you need additional information, you may refer to the policy manual, which is posted on the district's website at http://www.nced.uscourts.gov/pdfs/cmecfPolicyManual.pdf. You may also review the policy manual on file at the Clerk's Office.

Thank you for your attention to this matter.

              Sincerely,

              _____
              Nicole Sellers, Deputy Clerk

cc: Docket (via Notice of Electronic Filing)