IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
File No.: 4:19-cv-00030-BO

FILED
OCT 18 2021
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ___ DEP CLK

| | |
|---|---|
| STAN C. STANLEY | |
| Plaintiffs, | |
| v. | |
| UNIVERSAL CABLE HOLDINGS, INC | |
| d/b/a Suddenlink, | |
| Defendant | |
| MOTION FOR EXTENSION | |
| OF TIME TO SEEK NEW COUNSEL | |
| File No.: 4:19-cv-00030-BO | |
| Filed 10/18/21 | |

Page 1

Plaintiff respectfully requests the Court for an order extending the time to first of the year 2022 to seek new counsel and to allow them time to review all court and attorney documents to get up to speed on the case. I have spoken to several attorneys over the last few weeks and have been advised that there is currently no availability as they are actively booked with other cases at this time also asserting that they would not have enough time to carefully review all of the documentation withing this 30 day timeframe. If the courts will not allow this time to seek proper representation and I am forced to represent myself I will respectfully request the same time frame as I am not a trained Attorney and will need to understand proper filing procedures, communications and Attorney lingo so that I am on somewhat same level of understanding to prepare properly to move forward with self-representation and my case.

*Stan Cameron Stanley*