IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:19-cv-30-BO

| | |
|---|---|
| STAN C. STANLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNIVERSAL CABLE HOLDINGS, INC., ) | |
| ) | |
| Defendant. ) | |

This matter comes before the Court on plaintiff Stan Stanley's *pro se* motion for an extension of time to seek new counsel [DE 72]. The Court, having determined that the motion is supported by good cause, determines that the motion should be GRANTED consistent with the following provisions.

It is hereby ORDERED that within 60 days of the filing date of this order, plaintiff must file a notice of self-representation or cause new counsel to file a notice of appearance.

SO ORDERED, this 27 day of October 2021.

Terrence Boyle
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE