
FILED
DEC 20 2021
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | |
|---|---|
| STAN C. STANLEY | |
| Plaintiffs, | |
| v. | |
| UNIVERSAL CABLE HOLDINGS, INC | |
| d/b/a Suddenlink, | |
| Defendant | |
| MOTION FOR EXTENSION | |
| OF TIME TO SEEK NEW COUNSEL | |
| File No.: 4:19-cv-00030-BO | |
| Filed 12/20/21 | |

Page 1

Plaintiff respectfully requests the Court for an order

extending the time to first of the year to seek new counsel and to allow them to get up to speed on the case. I have spoken to several attorneys and they are booked up and 30 days wasn't enough time. If I need to file for self-representation I can do so if the court wishes while waiting for attorney representation.

This the 20th day of Dec 2021

Stan Cameron Stanley

Plaintiff - File No.: 4:19-cv-00030-BO  10/18/21

*/s/ Stan Cameron Stanley*