IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:19-cv-30-BO

STAN C. STANLEY, )
      Plaintiff, )
       )
v. )     O R D E R
       )
UNIVERSAL CABLE HOLDINGS, INC., )
      Defendant. )
       )

This matter comes before the Court on plaintiff Stan Stanley's *pro se* motion [DE 74] for an extension of time to seek new counsel.

On August 27, 2021, plaintiff's counsel was allowed to withdraw and plaintiff was given twenty-one (21) days to file notice of self-representation or cause new counsel to appear on his behalf. On September 17, 2021, plaintiff was granted a thirty-day (30) extension. On October 27, 2021, plaintiff was granted a sixty-day (60) extension. Plaintiff now requests a third extension without providing compelling reasons or good cause.

Accordingly, plaintiff's motion [DE 74] is DENIED. If plaintiff does not comply with the filing deadline set forth in the Court's October 27, 2021 order [DE 73], this case will be dismissed for failure to prosecute.

SO ORDERED, this 21 day of December, 2021.

                                                        TERRENCE W. BOYLE
                                                        UNITED STATES DISTRICT JUDGE