IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
File No.: 4:19-cv-00030-BO



STAN C. STANLEY

Plaintiffs,

v.

UNIVERSAL CABLE HOLDINGS, INC

d/b/a Suddenlink,

Defendant

MOTION TO FILE PRO SE

File No.: 4:19-cv-00030-BO

Filed 1/03/22

---

Page 1

Plaintiff respectfully requests the Court to File Pro Se

Defendant Has already made an offer to resolve this case. The document had some verbiage that I felt was not in my or my company best interest and will work with defendant to resolve. I was unable to find new representation so will work with defendant attorney to resolve this matter with intentions of not having to take this matter to court. I was unable to find representation filed for additional time for a third time and was denied and received the letter before holidays so would like to move forward and resolve this as soon as possible via PRO SE. I have created a PACER account and ready to move forward. Thank you for your time.

This the 3rd day of JAN 22

Stan Cameron Stanley

Plaintiff - File No.: 4:19-cv-00030-BO  1/03/22