IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:19-cv-30-BO

STAN C. STANLEY, )
    Plaintiff, )
)
v. ) ORDER
)
UNIVERSAL CABLE HOLDINGS, INC., )
    Defendant. )
)

This cause comes before the Court on plaintiff's motion to appear *pro se* [DE 76]. Plaintiff has the right, pursuant to 28 U.S. Code § 1654, to personally conduct his own case. Accordingly, plaintiff's motion [DE 76] is GRANTED.

This matter is REFERRED to United States Magistrate Judge Robert B. Jones, Jr. for court-hosted settlement conference on or before February 1, 2022. This matter is set for trial on February 15, 2022 in Elizabeth City, North Carolina.

SO ORDERED, this __11__ day of January, 2022.

                              TERRENCE W. BOYLE
                              UNITED STATES DISTRICT JUDGE