IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CIVIL ACTION NO.: 4:19-cv-00030-BO

| | |
|---|---|
| STAN C. STANLEY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) **STIPULATION OF** |
| UNIVERSAL CABLE HOLDINGS, INC., d/b/a Suddenlink Communications, | ) **DISMISSAL WITH PREJUDICE** ) ) |
| Defendant. | ) ) |

FILED
JAN 20 2022
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ___ DEP CLK

NOW COME Plaintiff Stan C. Stanley and Defendant Universal Cable Holdings, Inc., d//b/a Suddenlink Communications and pursuant to Rule 41(a)(1)(A)(ii) stipulate that all of Plaintiff's claims against Defendant in this lawsuit are hereby dismissed *with prejudice*. Each party will bear their own costs and attorneys' fees.

Respectfully submitted this the 20th day of January, 2022.

BY: *Stan C Stanley*
STAN C. STANLEY
3309 Honeysuckle Drive
Winterville, NC 28590
Telephone: (252) 714-8922
*Pro Se Plaintiff*

JACKSON LEWIS P.C.

BY: /s/ *Ann H. Smith*
ANN H. SMITH
N.C. State Bar No. 23090
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Telephone: (919) 760-6460
Facsimile: (919) 760-6461
Email: ann.smith@jacksonlewis.com
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CIVIL ACTION NO.: 4:19-cv-00030-BO

| | |
|---|---|
| STAN C. STANLEY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) **CERTIFICATE OF** |
| UNIVERSAL CABLE HOLDINGS, INC., d/b/a Suddenlink Communications, | ) **SERVICE** ) ) |
| Defendant. | ) ) |

The undersigned certifies that on January ___, 2022, a copy of the *Stipulation of*

*Dismissal with Prejudice* was electronically filed with the Court of the Court, using the Court's CM/ECF electronic service system which sent notification of such filing as follows:

Ann H. Smith
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Telephone: (919) 760-6460
Facsimile: (919) 760-6461
Email: ann.smith@jacksonlewis.com
*Attorneys for Defendant*

STAN C. STANLEY
3309 Honeysuckle Drive
Winterville, NC 28590
Telephone: (252) 714-8922
*Pro Se Plaintiff*

4868-3631-1050, v. 1